## Case No. 3,504.

CURTIS et al. v. QUANTITY OF WEARING APPAREL.

[30 Hunt, Mer. Mag. (1858) 75.]

District Court, S. D. New York.

SALVAGE—DERELICT—COMPENSATION.

[One-half the value of certain boxes of wearing apparel, picked up in a heavy sea at some risk, awarded to the salvors.]

Before BETTS, District Judge.

This was a libel for salvage on a quantity of wearing apparel picked up derelict at sea in boxes by the libelants, Peter Curtis and others, the master and crew of the schooner J. T. Williams, in September, 1857. No one appeared for the goods, and they were sold for $250. The schooner and cargo were worth about $12,000. The salvage was made in a heavy sea, and under considerable risk and exertions on the part of the libelants and the schooner.

HELD BY THE COURT, that no circumstances are proved which call for an allowance of salvage exceeding the ordinary one in such cases of derelict. Decree, therefore, for the libelants for one-half the gross proceeds, and that the costs and charges be paid out of the other half; and that the salvage awarded be divided into nine parts, two shares each to the owner and master of the schooner, one and a half to each of the mates, and the other two shares to be divided equally between the cook and the four seamen.